BERTHA CHERTOK, Respondent, *v.* JOSEPH EFFREMOFF et al., Appellants.

(Argued January 14, 1930; decided February 11, 1930.)

*William Dike Reed* and *K. Courtnay Johnston* for Joseph Effremoff, appellant.

*Murray G. Jenkins* for Leon Harris, appellant.

*Eugene L. Bondy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.